

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-13-00042-CR

---

ALESHA DAWN KELLER, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the County Court at Law
Hunt County, Texas
Trial Court No. CR1200591

---

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

Alesha Dawn Keller appeals from her conviction of driving while intoxicated. The clerk's record was filed April 5, 2013, and the reporter's record was filed April 26, making the appellant's brief due May 28. Appellant's counsel filed two motions to extend the briefing deadline, which were granted, resulting in the current due date of July 19. Our communication to counsel advising him that his second request for an extension had been granted also warned that no more extensions would be granted. Undeterred, counsel has now filed a third motion to extend seeking an additional forty-five days to file appellant's brief.

We have reviewed counsel's third motion to extend time as well as the appellate record, and we find no compelling information to convince us that this brief requires more time to prepare. The motion to extend time to file appellant's brief is overruled.

We order counsel to file appellant's brief with this Court on or before August 30, 2013.

IT IS SO ORDERED.

BY THE COURT

Date: August 20, 2013